Thomas F. Ball II #312026
Redgranite Correctional Institution
1006 County Highway EE
Redgranite WI 54970

MILWAUKEE WI 530
6 JUN 2022 PM 5
FOREVER USA
Barn Swallow

219 S. Dearborn
United States Court of Appeals
for the Seventh Circuit
Office of the Clerk
United States Courthouse
Room 2722- 219 S. Dearborn Street
Chicago, IL

THIS LETTER HAS BEEN MAILED FROM THE WI PRISON SYSTEM.

Date: 6-03-2022

TO: Clerk of the Court
United States Court of Appeals
For The 7th Circuit

U.S.C.A. – 7th Circuit
RECEIVED
JUL 18 2022
2

Thomas F. Ball II #312026
Redgranite Correctional Institution
1006 County Highway EE
Redgranite WI, 54970

Case Number: 21-cv-0637-bhl
    Thomas F. Ball II, Plaintiff/Petitioner
        v.
    Dan Winkleski, Defendant/Respondent

Dear Clerk:

    Petitioner Thomas F. Ball II, hereby gives Notice of Appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's order denying a certificate of appealability entered in this action on the May 18th, 2022.

Dated this 3rd day of June, 2022.

Thomas F. Ball II
#312026
Redgranite Correctional Inst.
1006 County Highway EE
Redgranite WI, 54970

          Thomas Ball II
          Thomas F. Ball II
          Petitioner