# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 20, 2022

**To:** Gina M. Colletti
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 22-2276
>
> Caption:
> THOMAS F. BALL, II,
>             Petitioner - Appellant
>
> v.
>
> DAN CROMWELL,
>             Respondent - Appellee
>
> District Court No: 2:21-cv-00637-BHL
> Clerk/Agency Rep Gina M. Colletti
> District Judge Brett H. Ludwig
>
> Date NOA filed in District Court: 07/18/2022

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)